FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 24 2020

JAMES N. HATTEN, Clerk

By: B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

YUE JAE MOON

Criminal Action No.
1:20-CR-258

## Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Bernita B. Malloy, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: August 24, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6052
bernita.malloy@usdoj.gov

BYUNG J. PAK
United States Attorney

/s/BERNITA B. MALLOY
Assistant United States Attorney
Ga. Bar No. 718905

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

August 24, 2020

                                  /s/BERNITA B. MALLOY
                                  BERNITA B. MALLOY
                                  Assistant United States Attorney